FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

SEP - 7 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| JOSE QUINTERO and JUAN QUINTERO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION FILE NO. 2:16-CV-00088-WCO-JCF |
| SMITH'S CLEANING OF SOUTH HALL, INC., | § § § | |
| Defendant. | § § | |

## ORDER APPROVING SETTLEMENT AGREEMENT

This case is before the Court upon the parties' Joint Motion for Approval of Settlement Agreement. The parties seek judicial approval of their compromise and settlement of Plaintiffs' claims against Defendant arising under the Fair Labor Standards Act, 29 U.S.C.A. §§201-19.

Having reviewed the parties' submissions including the Joint Motion for Approval of Settlement Agreement, Settlement Agreement, pleadings, and all other settlement documents, the Court concludes that the terms set forth in the Settlement Agreement represent a fair and reasonable resolution of a bona fide dispute. The Court further acknowledges that judicial approval of this matter

constitutes a reasonable compromise, not a finding or conclusion of a violation of the Fair Labor Standards Act. Accordingly, and for the foregoing reasons, the Court hereby enters the following **ORDER**:

1. The parties' Joint Motion for Approval of Settlement Agreement is hereby **GRANTED**.

2. The Court **APPROVES** the monetary distribution as to the Plaintiffs and Plaintiffs' counsel as described in the Settlement Agreement.

3. Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE**.

4. The Court shall retain **EXCLUSIVE JURISDICTION** over the consummation, performance, administration, effectuation and enforcement of this matter.

**DONE** and **ORDERED** this 7th day of September, 2016.

WILLIAM C. O'KELLEY
UNITED STATES DISTRICT JUDGE